IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-21886 |
| Veronica Perez-Flores | ) | Chapter 13 |
| | ) | Judge: Donald R. Cassling |
| Debtor | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Veronica Perez-Flores  
721 Jackson St  
Aurora, IL  60506

JOSEPH H KING JR  
7815 WOODRIDGE DR  
WOODRIDGE, IL  60517

Please take notice that on September 12, 2014 at 10:00 am, a representative of this office shall appear before the Honorable Judge Donald R. Cassling, at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on September 05, 2014.

/s/   Marifran Smith  
FOR: Glenn Stearns, Chapter 13 Trustee

### MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtor filed a petition under Chapter 13 on Wednesday, June 11, 2014.
2. The Debtor has failed to:
   a. Conclude the regularly scheduled Section 341 Creditor Meeting.
3. As a result, the Debtor has failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

/s/   Carolyn Suzzi  
FOR: Glenn Stearns, Chapter 13 Trustee

Glenn Stearns, Chapter 13 Trustee  
801 Warrenville Road, Suite 650  
Lisle, IL  60532-4350